82,546-01

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS.        78711

RE: WR-82,546-01

ATTENTION: Abel Acosta, Clerk

May 28, 2015

Dear Clerk,

On January 14, 2015 an "ORDER" was issued by this Co
Court in the matter of Writ No.WR-82,546-01 allowing the trial
court 120 days to complete Fact Findings and Conclusions of Law.
That time has exspired. I am writting to inquire about the status
of the above mentioned Writ and to see if the trial court complied
with the order of this Court.

The above mentioned Writ was remanded back to the 292nd Dist.
Crt. of Dallas County. I have not received notice of proper filings
by that court. Please let me know if the trial court has filed it's
findings with this Court. Thank you for your time in this matter.

Sincerely,

Mr. James J Davenport
TDCJ# 01632406
Bill Clements Unit
9601 Spur 591
Amarillo, Texas. 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk